UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| DAVID MEYERS, ) | CASE NO. 3:12 CV 1051 |
| ) | |
| Petitioner, ) | JUDGE DAN AARON POLSTER |
| ) | |
| v. ) | |
| ) | |
| ) | **JUDGMENT ENTRY** |
| WARDEN, F.C.I. ELKTON, et al., ) | |
| ) | |
| Respondents. ) | |

This court having contemporaneously filed its Memorandum of Opinion in this case, it is therefore ORDERED that this action is dismissed **moot**. Further, the court CERTIFIES pursuant to 28 U.S.C. § 1915(a)(3) that an appeal from this decision could not be taken in good faith.

*/s/Dan Aaron Polster 12/27/12*

DAN AARON POLSTER
UNITED STATES DISTRICT JUDGE